# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| MARICELA REYES-ORTEGA, | ) | |
| Plaintiff, | ) | Case No. 2:11-cv-01895-KJD-GWF |
| vs. | ) | **ORDER** |
| SAM'S WEST INC., dba SAM'S CLUB, | ) | |
| Defendant. | ) | |

This matter is before the Court on Defendant's failure to file a Statement in Removal. The Minutes of the Court (#3) dated November 23, 2011, required the party removing the action to this court to file a Statement in Removal no later than fifteen (15) days of the minute order. To date, Defendant has not complied. Accordingly,

**IT IS ORDERED** counsel for Defendant shall file a Statement in Removal which fully complies with the Minutes of the Court (#3) no later than **December 29, 2011**. Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 19th day of December, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge