Brenda H. Entzminger
Nevada Bar No. 9800
Siria L. Gutiérrez
Nevada Bar No. 11981
**PHILLIPS, SPALLAS & ANGSTADT LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510

*Attorneys for Defendant*
*Sam's West, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARICELA REYES-ORTEGA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SAM'S WEST INC., dba SAM'S CLUB, an Arkansas corporation; DOES I through V, Inclusive ROE Corporations VI-X, Inclusive.<br><br>　　　　　Defendants. | Case No.: 2:11-cv-01895-KJD-GWF<br><br>**STIPULATION AND REQUEST TO CONTINUE SETTLEMENT CONFERENCE**<br><br>**[FIRST REQUEST]** |

COME NOW, Plaintiff Maricela Reyes-Ortega, by and through her attorney of record, George A. Maglares, Esq., of AGWARA & ASSOCIATES, and Defendant Sam's West, Inc. ("Sam's West"), by and through its attorney of record, Siria L. Gutiérrez, of PHILLIPS, SPALLAS & ANGSTADT LLC, and hereby stipulate and request that the settlement conference currently scheduled for October 29, 2012, at 9:00 a.m. be continued at least two weeks to allow the parties to continue their settlement negotiation efforts. For the Court's convenience the parties are available on November 12, 13, and 19 for a rescheduled settlement conference. Pursuant to Local Rule 6-1(b), the parties state that this is their first request to continue the settlement conference.

//

//

//

| | |
|---|---|
| DATED this 22nd day of October, 2012<br>**AGWARA & ASSOCIATES** | DATED this 22nd day of October, 2012<br>**PHILLIPS SPALLAS & ANGSTADT** |
| /s/ *George A. Maglares*<br>George A. Maglares, Esq.<br>1058 E. Sahara Avenue, Suite B<br>Las Vegas, Nevada 89104 | /s/ *Siria L. Gutiérrez*<br>Siria L. Gutiérrez, Esq.<br>504 South Ninth Street<br>Las Vegas, Nevada 89101 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant*<br>*Sam's West, Inc.* |

### ORDER

IT IS SO ORDERED.   Settlement conference continued to 11/20/12 at 9:00 a.m. Confidential statements are due 11/13/12.

DATED this 23rd day of _____October_____, 2012.

_____*George Foley Jr.*_____
UNITED STATES MAGISTRATE JUDGE